IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY A. SCHMUCKER ) | |
| ) | Case No. 4:15-cv-00567-JCH |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PRECISION IRRIGATION, INC., ) | |
| a Missouri corporation, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF TIMOTHY A. SCHMUCKER

BEFORE ME, the undersigned, on this day, personally appeared Timothy Schmucker, who is known to me and who, after being duly sworn upon his oath, deposed and stated:

I, Timothy Schmucker, am over the age of eighteen (18), am of sound mind, and hereby make this affidavit based upon my personal knowledge, information and

1. I am not a licensed Certified Public Accountant in the State of Missouri. I did not hold the title of Accountant at Precision Irrigation at any time. During my entire employment with Precision Irrigation, I was not a licensed Certified Public Accountant in the State of Missouri or any other state.

FURTHER AFFIANT SAYETH NOT.

*Timothy Schmucker* (signature)
Timothy Schmucker

1

STATE OF MISSOURI )
) SS
COUNTY OF ST. LOUIS )

On this _19_ day of May 2015, before the undersigned, a Notary Public in and for said state, personally appeared Timothy Schmucker, known to me to be the person who executed the foregoing Affidavit, and acknowledged to me that he executed the same for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the City of St. Louis, State of Missouri, the day and year first above written.

_Gena R. Wild_
Notary Public

My commission expires:

_April 23, 2018_

> GENA R. WILD
> Notary Public - Notary Seal
> STATE OF MISSOURI
> St. Louis County
> Commission #14608467
> My Commission Expires: April 23, 2018

e:\clients\schmuckert.1-2724.01\affidavit of tim schmucker.docx

2