IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY A. SCHMUCKER, <br><br> Plaintiff, <br> v. <br><br> PRECISION IRRIGATION, INC., <br> a Missouri corporation, <br><br> Defendant. | Case No. 4:15-cv-00567-JCH |

### AFFIDAVIT OF MICHAEL P. HERRMANN

BEFORE ME, the undersigned, on this day, personally appeared Michael Herrmann, who is known to me and who, after being duly sworn upon his oath, deposed and stated:

I, Michael Herrmann, am over the age of eighteen (18), am of sound mind, and hereby make this affidavit based upon my personal knowledge, information and

1. In searching the Missouri Division of Professional Registration, I found zero records of a "Schmucker" holding any type of professional accounting license including: CPA Certificate Holder, CPA License Holder, CPA Sole Proprietorship, and Public Accountant.

2. Attached are the results of my Missouri Division of Professional Registration search.

FURTHER AFFIANT SAYETH NOT.

_____
Michael Herrmann

1

STATE OF MISSOURI            )
                             )    SS
COUNTY OF ST. LOUIS          )

On this 19 day of May 2015, before the undersigned, a Notary Public in and for said state, personally appeared Michael Herrmann, known to me to be the person who executed the foregoing Affidavit, and acknowledged to me that he executed the same for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the City of St. Louis, State of Missouri, the day and year first above written.

_Jessica Rohman_
Notary Public

My commission expires:

December 14, 2018

JESSICA ROHMAN
My Commission Expires
December 14, 2018
St. Louis City
Commission #14122280

e:\clients\schmuckert.1-2724.01\affidavit of tim schmucker.docx

2