Jay Nixon, Governor
John M. Huff, DIFP Director
Kathleen (Katie) Steele Danner, Director

Missouri Division of Professional Registration
3605 Missouri Boulevard
P.O. Box 1335
Jefferson City, MO  65102-1335
573.751.0293 Telephone
800.735.2966 TTY
800.735.2466 Voice Relay
profreg@pr.mo.gov
http://pr.mo.gov/

# Results

**County Name:** ALL
**Profession Name:** CPA-Certificate Holder
**Search Criteria:** Name = Schmucker

**Go to page**

**0 records found** - you are viewing page

| # | Licensee Name | Profession | City, State | Detail |
|---|---|---|---|---|

**0 records found** - you are viewing page

Jay Nixon, Governor
John M. Huff, DIFP Director
Kathleen (Katie) Steele Danner, Director

Missouri Division of Professional Registration
3605 Missouri Boulevard
P.O. Box 1335
Jefferson City, MO  65102-1335
573.751.0293 Telephone
800.735.2966 TTY
800.735.2466 Voice Relay
profreg@pr.mo.gov
http://pr.mo.gov/

# Results

**County Name:** ALL
**Profession Name:** CPA-License Holder
**Search Criteria:** Name = Schmucker

**Go to page**

**0 records found** - you are viewing page

| # | Licensee Name | Profession | City, State | Detail |
|---|---|---|---|---|

**0 records found** - you are viewing page

Jay Nixon, Governor
John M. Huff, DIFP Director
Kathleen (Katie) Steele Danner, Director

Missouri Division of Professional Registration
3605 Missouri Boulevard
P.O. Box 1335
Jefferson City, MO  65102-1335
573.751.0293 Telephone
800.735.2966 TTY
800.735.2466 Voice Relay
profreg@pr.mo.gov
http://pr.mo.gov/

# Results

**County Name:** ALL
**Profession Name:** CPA Sole Proprietorship
**Search Criteria:** Name = Schmucker

**Go to page**

**0 records found** - you are viewing page

| # | Licensee Name | Profession | City, State | Detail |
|---|---|---|---|---|

**0 records found** - you are viewing page

Jay Nixon, Governor
John M. Huff, DIFP Director
Kathleen (Katie) Steele Danner, Director

Missouri Division of Professional Registration
3605 Missouri Boulevard
P.O. Box 1335
Jefferson City, MO  65102-1335
573.751.0293 Telephone
800.735.2966 TTY
800.735.2466 Voice Relay
profreg@pr.mo.gov
http://pr.mo.gov/

# Results

**County Name:** ALL
**Profession Name:** Public Accountant
**Search Criteria:** Name = Schmucker

**Go to page**

**0 records found** - you are viewing page

| # | Licensee Name | Profession | City, State | Detail |
|---|---|---|---|---|

**0 records found** - you are viewing page