**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

TIMOTHY A. SCHMUCKER                )
                                    )
        Plaintiff,                  )
                                    )       **Case No. 4:15-CV-00567-JCH**
        v.                          )
                                    )
PRECISION IRRIGATION, INC.,         )
                                    )
        Defendant.                  )

**INITIAL DISCLOSURES OF PLAINTIFF TIMOTHY A. SCHMUCKER**

COME NOW Plaintiff Timothy A. Schmucker, by and through his counsel, and pursuant to Rule 26(a)1 of the Federal Rules of Civil Procedure hereby makes their initial disclosures.

**I.      Those individuals likely to have discoverable information in this matter includes, but are not limited to:**

1.      Plaintiff Timothy A. Schmucker would have knowledge of his hours of work for Precision Irrigation, his duties, his rate of pay and his damages.

2.      John Loveless, employee/owner of Precision Irrigation, would have knowledge of plaintiff's hours of work for Precision Irrigation, plaintiff's duties, plaintiff's rate of pay, deductions from plaintiff's pay and overtime pay practices.

3.      Jim Nienhaus, employee/owner of Precision Irrigation, would have knowledge of plaintiff's hours of work for Precision Irrigation, plaintiff's duties, plaintiff's rate of pay, deductions from plaintiff's pay and overtime pay practices.

4.      Scott Engelbrecht of Larson Allen would have knowledge that that firm completed all tax returns, reviewed year end reports.

1



EXHIBIT
B

5.      Jeff Long, former employee of defendant, would have knowledge of plaintiff's work hours.

Plaintiff reserves the right to supplement his initial disclosures in this category.

**II.      Plaintiffs hereby disclose a description by category and location of documents and tangible things which may be used to support claims and defenses.**

1.      All payroll records concerning Timothy A. Schmucker.

2.      All time records or documents which reflect hours worked of Timothy A. Schmucker.

3.      Timothy A. Schmucker personnel file.

4.      Any company communications and policies concerning the Fair Labor Standards Act.

5.      E-mails about plaintiff

Plaintiff reserves the right to supplement his initial disclosures in this category.

**III.      A computation of each category of damages claimed by the disclosing party.**

1.      Plaintiff states that his salary was $42,000 as of April 2015. Final figures would depend on records within the possession of the defendant. To the best of his knowledge and subject to modification, plaintiff would identify an hourly rate of $20.19, with time and a half of rate of $30.28. Plaintiff asserts that he is entitled to time and a half for those weeks in which he worked over forty (40) hours per workweek from April 2012 to April 2015. Plaintiff states he consistently would work between fifty (50) and sixty (60) hours per week for which he was not paid any overtime compensation. Since information concerning his hours worked is possessed by defendant, plaintiff will update his computation of damages following discovery. Plaintiff also seeks liquidated damages and attorney fees under the FLSA.

2

Plaintiff reserves the right to supplement his initial disclosures in this category.

**IV.    Insurance Matters**

Plaintiff does not have any insurance applicable to this matter.

Respectfully submitted,

**WEISS ATTORNEYS AT LAW, P.C.**

James G. Nowogrocki, #38559MO
Richard D. Worth, #61025MO
1015 Locust, Suite 400
St. Louis, Missouri  63101
Phone:  314-588-9500
Facsimile:  314-588-9595
Email:  jnowogrocki@weisslawstl.com
            rworth@weisslawstl.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of July 2015, the foregoing was served U.S. Mail, postage prepaid to:

Charles B. Jellinek
Amanda E. Colvin
Bryan Cave
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Tel: (314) 259-2000
E-mail: cbjellinek@bryancave.com
E-mail: amanda.colvin@bryancave.com

*Attorneys for Defendant,*
*Precision Irrigation, Inc.*

*Attorney for Plaintiff*

E:\CLIENTS\SchmuckerT.1-2724.01\Plaintiff Initial Disclosures.docx

3