IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY A. SCHMUCKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:15-CV-00567-JCH |
| v. ) | |
| ) | |
| PRECISION IRRIGATION, INC., ) | |
| ) | |
| Defendant. ) | |

### INITIAL DISCLOSURES OF DEFENDANT PRECISION IRRIGATION

COMES NOW Defendant Precision Irrigation, Inc., by and through its undersigned counsel and pursuant to Rule 26(a)1 of the Federal Rules of Civil Procedure hereby makes their initial disclosure:

I.  **Those individuals likely to have discoverable information in this matter includes, but are not limited to:**

1. Plaintiff Timothy A. Schmucker would have knowledge of his hours of work for Precision Irrigation, his duties, his rate of pay and his alleged damages.

2. John Loveless, employee/owner of Precision Irrigation, would have knowledge of plaintiff's hours of work for Precision Irrigation, plaintiff's duties, plaintiff's rate of pay, deductions from plaintiff's pay and overtime pay practices.

3. Jim Nienhaus, employee/owner of Precision Irrigation, would have knowledge of plaintiff's hours of work for Precision Irrigation, plaintiff's duties,



EXHIBIT C

plaintiff's rate of pay, deductions from plaintiff's pay and overtime pay practices.

4. Scott Engelbrecht of Larson Allen would have knowledge of the duties and responsibilities of the Plaintiff based upon his interactions with him.

Defendant reserves the right to supplement his initial disclosures in this category.

**II.** **Defendant hereby discloses a description by category and location of documents and tangible things which may be sued to support claims and defenses.**

1. All payroll records concerning Timothy A. Schmucker.

2. All time records or documents which reflect hours worked of Timothy A. Schmucker.

3. Timothy A. Schmucker personnel file.

Defendant reserves the right to supplement its initial disclosures in this category.

**III.** **Insurance Matters**

Defendant does not have any insurance applicable to this matter.

Respectfully Submitted,

HOFFMAN & SLOCOMB

_____
Paul Slocomb, #44931
1115 Locust St, Fourth Floor
St. Louis, MO 63101
Attorney for Plaintiff
(314) 753-4364
Fax (314) 231-0323
paulslocomb@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing document was sent via

Email on this __1st__ day of _September____, 2015 to the following individuals:

James G. Nowogrocki
Richard D. Worth
Weiss Attorneys at Law
1015 Locust , Ste 400
St. Louis MO  63101

_____